UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-23628-bhl |
| IGNACIO MENDIOLA, | ) Chapter 13 |
| | ) |
| Debtor. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

Please take notice that Nickolai & Poletti, LLC (hereinafter "Counsel"), by Attorney Anton B. Nickolai, hereby moves this Court, pursuant to Local Rule 9010, to enter an Order allowing Counsel to withdraw as attorney of record for the debtor, Ignacio Mendiola (hereinafter "Debtor") in the above-captioned bankruptcy proceeding.

The grounds for this motion are as follows. First, there has been a complete breakdown in communication with the Debtor. Additionally, by not regularly communicating with our office, the Debtor has broken several requirements of the legal representation entered into between Nickolai & Poletti, LLC, and the Debtor.

Dated: August 9, 2017.

                                              Nickolai & Poletti, LLC
                                              Attorneys for Debtor

                                              /s/ Anton B. Nickolai
                                              By: Anton B. Nickolai
                                              State Bar No. 1060676

Drafted by:
Anton B. Nickolai
SBN 1060676
152 E. State Street
Burlington, WI  53105
(262) 757-8444; Fax (262) 287-9725
anton@nickolailaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 17-23628-bhl |
| IGNACIO MENDIOLA, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

Attorney Anton B. Nickolai has filed papers with the court to be allowed to withdraw as counsel for the debtor in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want to court to grant the motion, or if you want the court to consider your views on the motion, then on or before August 30, 2017, you or your attorney must:

File with the court a written request for a hearing at:

> Clerk or United States Bankruptcy Court
> 517 East Wisconsin Avenue, Room 126
> Milwaukee, WI 53202

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy of your objection/response to:

> Nickolai & Poletti, LLC
> 152 E. State Street
> Burlington, WI  53105

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  August 9, 2017.

Nickolai & Poletti, LLC
Attorneys for Debtor

/s/ Anton B. Nickolai
Anton B. Nickolai, SBN 1060676

Drafted by:
Anton B. Nickolai
SBN 1060676
152 E. State Street
Burlington, WI  53105
(262) 757-8444; Fax (262) 287-9725
anton@nickolailaw.com